# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD and SARAH PAPACODA, as Administrators of the Estate of KAITLYN PAPACODA, a minor, deceased, | : : : : | CIVIL ACTION NO. 05-3003 |
| Plaintiffs, v. THE A.I. DUPONT HOSPITAL FOR CHILDREN OF THE NEMOURS FOUNDATION and WILLIAM I. NORWOOD, M.D., Defendants. | : : : : : : : : : | |

## ORDER

AND NOW, on this 27th day of January 2010, upon consideration of Defendant William I. Norwood, M.D.'s Motion to Preclude the Testimony of Joseph J. Amato, M.D. as an expert witness (Docket No. 83), Motion to Preclude Evidence and Testimony Based upon <u>Daubert v. Merrell Dow Pharm., Inc.</u>, 509 U.S. 579 (1993), Rule 702 of the Federal Rules of Evidence, and for Summary Judgment (Docket No. 84), and Motion for Partial Summary Judgment on Plaintiffs' Informed Consent Claim (Docket No. 82), and the responses thereto, it is hereby ORDERED that all three Motions are DENIED.

/s Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL\05-3003 Papacoda v. A.I Dupont\05-3003_Papacoda_-_Daubert_&_SJ_Mots_Order.wpd